PLYMOUTH RUBBER COMPANY, Respondent, *v.* DAVID GOLDSTEIN et al., Appellants.

Reported below, 171 App. Div. 914.
(Submitted May 1, 1916; decided May 9, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 1, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action on a contract of guaranty.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous, and that the exceptious were frivolous.

*Josiah Canter* for motion.

*Abraham Lipton* opposed.

Motion denied, with ten dollars costs.